IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TORRANCE N. RUSSELL                                                      PLAINTIFF
ADC #149698

CASE NO. 4:17-CV-300-JLH-BD

WATSON and DOES                                                         DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Russell's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Watson's motion to dismiss (docket entry #12) is GRANTED. Russell's claims against Watson are DISMISSED, without prejudice.

IT IS SO ORDERED this 1st day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE