IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TORRANCE N. RUSSELL                                              PLAINTIFF
ADC #149698

v.                         NO. 4:17-CV-300-JLH-BD

WATSON and DOES                                                 DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Russell's claims against the Doe Defendants are DISMISSED, without prejudice, based on his failure to comply with the Court's June 12, 1017 Order and the Federal Rules of Civil Procedure.

The Clerk is instructed to close this case.

IT IS SO ORDERED this 29th day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE