IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TORRANCE N. RUSSELL           PLAINTIFF
ADC #149698

v.                NO. 4:17-CV-300-JLH-BD

WATSON and DOES              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 29th day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE